JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN VITEK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>BANK OF AMERICA, N.A. (itself and as successor by merger to BAC HOME LOANS SERVICING, LP), QBE FINANCIAL INSTITUTION RISK SERVICES, INC. d/b/a "QBE FIRST", NEWPORT MANAGEMENT CORPORATION, and QBE INSURANCE CORPORATION,<br><br>　　　　Defendants. | Case No.: SACV13-00816-JLS (ANx)<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>Judge: Josephine L. Staton |

　　　Based on the parties' Stipulation of Voluntary Dismissal with Prejudice and Without Costs, dated November 5, 2014, IT IS HEREBY ORDERED that:

　　　1.　This action is dismissed with prejudice;

　　　2.　Each party is to pay his or its own costs and attorneys' fees; and

3. All rights of appeal are waived.

Dated: November 06, 2014

**SO ORDERED:**

_____
Honorable Josephine L. Staton
United States District Judge